## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>TANIA ALVAREZ (1)<br><br>　　　　　　　　　　Defendant. | Case No. 21CR2333-W<br><br>JUDGMENT AND ORDER<br>OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__ the Court has dismissed the case for unnecessary delay; or

X the Court has granted the motion of the Government for dismissal, without prejudice; or

__ the Court has granted the motion of the defendant for a judgment of acquittal; or
__ a jury has been waived, and the Court has found the defendant not guilty; or

__ the jury has returned its verdict, finding the defendant not guilty;

X of the offense as charged in the Information:

　　21 U.S.C. 952 and 960 – Importation of Cocaine

　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 8/23/21

　　　　　　　　　　　　　　　　　　　Hon. THOMAS J. WHELAN
　　　　　　　　　　　　　　　　　　　United States District Judge